### E. C. Irwin v. The State.

No. 9472.   Delivered May 20, 1925.

**Theft of Automobile—Appeal Dismissed.**

By motion duly verified by his affidavit appellant requests a dismissal of his appeal, and the motion is granted.

Appeal from the Criminal District Court of Travis County. Tried below before the Hon. Jas. R. Hamilton, Judge.

Appeal from a conviction for theft of an automobile; penalty, four years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, Presiding Judge.—The offense is theft of an automobile; punishment fixed at confinement in the penitentiary for a period of four years.

By motion duly verified by his affidavit, appellant requests a dismissal of his appeal.

The motion is granted.

*Dismissed.*